UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BERESCIK, | Civil No.: 1:22-10959-RGS |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | October 27, 2022 |

**ORDER ENTERING JUDGMENT**
**UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Court hereby allows Defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g). This action shall be remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the administrative law judge to offer the claimant an opportunity for a new hearing, obtain vocational expert testimony as needed, and issue a new decision applying the sequential evaluation process.

SO ORDERED this _4th_ day of _November, 2022._

Hon. Richard G. Stearns
United States District Judge